(101 South. 106)

Ex parte Tom PRUITT, alias Powell Pruitt.
(8 Div. 673.)

(Supreme Court of Alabama. June 26, 1924.)

Certiorari to Court of Appeals.

Simpson & Simpson, of Florence, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Tom, alias Powell, Pruitt for certiorari to Court of Appeals to review and revise the judgment and decision there rendered in the case of Pruitt v. State (Ala. App.) 101 South. 105. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.